IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FRANK E. VOTH,

        Plaintiff,

    v.

MARK NOOTH, et al.,

        Defendants.

Case No. 2:14-cv-01855-AC

ORDER

MOSMAN, Judge.

    Plaintiff, an inmate at the Snake River Correctional Institution ("SRCI") brings this civil rights action pursuant to 42 U.S.C. § 1983. Currently before the Court are Plaintiff's Supplemental Motion for TRO (#15), Reply to Defendants' Response to Motion for TRO (#23) in which the Plaintiff seeks release from the SRCI Disciplinary Segregation Unit, and Plaintiff's Second Supplemental Motion for TRO (#24).

    On February 27, 2015, this Court issued an Order (#20) denying Plaintiff's first Motion for Temporary Restraining Order

1 - ORDER -

(which the Court converted to a motion for preliminary injunction). For the same reasons set forth in the Court's February 27, 2015, Order, the Court DENIES Plaintiff's Supplemental Motion for TRO (#15), request for release from the Disciplinary Segregation Unit (#23), and Second Supplemental Motion for Temporary Restraining Order (#24).

IT IS SO ORDERED.

DATED this 12 day of March, 2015.

_____
Michael W. Mosman
United States District Judge