IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FRANK E. VOTH,

        Plaintiff,

    v.

MARK NOOTH, et al.,

        Defendants.

Case No. 2:14-cv-01855-AC

ORDER

MOSMAN, Judge.

    Plaintiff, an inmate at the Snake River Correctional Institution, brings this civil rights action pursuant to 42 U.S.C. § 1983. Currently before the Court is Plaintiff's Third Supplemental Motion for Emergency Temporary Restraining Order (#26).

    On February 27, 2015, this Court issued an Order (#20) denying Plaintiff's first Motion for Temporary Restraining Order (which the Court converted to a motion for preliminary injunction). For the same reasons set forth in the Court's

1 - ORDER -

February 27, 2015, Order, the Court now DENIES Plaintiff's Third Supplemental Motion for Emergency Temporary Restraining Order (#26).

IT IS SO ORDERED.

DATED this 3d day of April, 2015.

_____
Michael W. Mosman
United States District Judge

2 - ORDER -